UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADEBAYO ADENIJI,

    Petitioner,

-vs-                                      Case No. 6:11-cv-702-Orl-28DAB
                                         (Criminal Case No.: 6:10-cr-20-Orl-28DAB)

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

The Government has filed its response (Doc. No. 5) to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion. Petitioner is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985).

Accordingly, Petitioner shall have **FORTY-FIVE (45) DAYS** from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an

order will be entered without further notice.

**DONE AND ORDERED** at Orlando, Florida, this \_\_\_23\_\_\_ day of February, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/22
Counsel of Record
Adebayo Adeniji